**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 281 EAL 2021

         Respondent              :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

         v.                       :

                                 :

BENNIE ANDERSON,             :

                                 :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.